Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT

for the

District of Arizona

__Phoenix_____ Division

| | | |
|---|---|---|
| Kari Dart, on Behalf of Herself and Others Similarly Situated | ) | Case No.   2:19-CV-04997-JJT |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| -v- | ) | |
| Sam Akers | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

FILED ✓   LODGED
RECEIVED   COPY

OCT 08 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

### I.   The Parties Filing This Answer to the Complaint

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Sam Akers |
| Street Address | PO BOX 2135 |
| City and County | Chandler, Maricopa |
| State and Zip Code | AZ, 85244 |
| Telephone Number | 602-714-7812 |
| E-mail Address | admin@labraddiagnostics.com |

### II.   The Answer and Defenses to the Complaint

#### A.   Answering the Claims for Relief

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint.  Number the paragraphs.  The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc.  For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

**B.**     **Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1.     The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

Kari Dart is a resident of Arizona. Kari Dart was a resident of Arizona and Pima County when contracted with Labrad Diagnostics. Labrad Diagnostics is a Limited Liability Company formed in Arizona. There is no interstate issue. Sam Akers is a resident of Maricopa County.

2.     The court does not have personal jurisdiction over the defendant because *(briefly explain)*

Kari Dari is a resident of Pima County, Arizona. Sam Akers is a resident of Maricopa County, Arizona.

3.     The venue where the court is located is improper for this case because *(briefly explain)*

Plaintiff and Defendant reside in the same state.

4.     The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

Defendant, Sam Akers, was not served by a process server. This matter and an Entry of Default request was mailed to Sam Akers at his workplace.

5.     The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

Sam Akers was not served by a process server obtained by plaintiff. Sam Akers is an employee of Labrad Diagnostics.

6.     The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

Plaintiff was an independent contractor for Superior Mobile Labs, a subsidiary of Labrad Diagnostics. There are no employer/employee laws which uphold the Plaintiff's claims. Kari Dart was never an employee of Labrad Diagnostics which voids her FLSA claim.

7.     Another party *(name)* _____ needs to be joined (added) in the case.  The reason is *(briefly explain why joining another party is required)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

a.   If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)* _____ .

Or is a citizen of *(foreign nation)* _____ . The amount of

damages sought from this other party is *(specify the amount)* _____ .

b.   If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

_____

## C.   Asserting Affirmative Defenses to the Claims for Relief

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met.  Any affirmative defense or avoidance must be identified in the answer.  Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*
FLSA Claims of an undisclosed amount.

_____

is barred by *(identify one or more of the following that apply)*:

1.   Accord and satisfaction *(briefly explain)*

_____

2.   Arbitration and award *(briefly explain)*

_____

3.   Assumption of risk *(briefly explain)*

_____

4.   Contributory or comparative negligence of the plaintiff *(briefly explain)*

Plaintiff is negligent in identifying true legal basis for claim against Defendant. Plaintiff claim to be an employee of Labrad Diagnostics is an act of bad faith and this lawsuit should be dismissed

_____

5.   Duress *(briefly explain)*

6.      Estoppel *(briefly explain)*

7.      Failure of consideration *(briefly explain)*

8.      Fraud *(briefly explain)*
        Plaintiff has clearly signed documents indicating that she worked as an independent contractor for Labrad Diagnostics. Plaintiff attorney is knowingly wasting the resources of the court.

9.      Illegality *(briefly explain)*

10.     Injury by fellow employee *(briefly explain)*

11.     Laches (Delay) *(briefly explain)*

12.     License *(briefly explain)*

13.     Payment *(briefly explain)*

14.     Release *(briefly explain)*

15.     Res judicata *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

16.   Statute of frauds *(briefly explain)*

17.   Statute of limitations *(briefly explain)*

18.   Waiver *(briefly explain)*

19.   Other *(briefly explain)*
      Plaintiff attorney, has record of bad faith, according to azbar.org. Plaintiff attorney has used this incorrect filing to create fear in defendant to seek a quick settlement reward.

**D.   Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought.  Do not make legal arguments.  State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct.  If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1.   The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:
     Plaintiff has filed claim against Labrad Diagnostics and Sam Akers. Labrad Diagnostics can not afford an attorney so this false claim can not be defended. Plaintiff has acted in bad faith and recorded a fraudulent lawsuit against all Defendants knowing their inability to defend.

2.   The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

3.   State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

a.  The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* _____ alleges that the following injury or damages resulted *(specify)*:

b.  The defendant seeks the following damages or other relief *(specify)*:
Immediate Dismissal of claim against Labrad Diagnostics and Sam Akers including all other parties. Reward in damages of $10,000 due to loss ability to thrive and create revenue for Labrad Diagnostics due to the time/resources spent to defend.

## III.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10/05/2019

Signature of Defendant

Printed Name of Defendant   SAM AKERS

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

Telephone Number  _____

E-mail Address  _____