Troy P. Foster #017229
**The Foster Group, PLLC**
518 East Willetta Street
Phoenix, Arizona 85004
Tel: 602-461-7990
tfoster@thefosterlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Dart, on Behalf of Herself and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Labrad Diagnostics, a corporation, SPSAZ Enterprises, a foreign corporation, Sam Akers, an individual, and Melodie Julian, an individual,<br><br>Defendants. | Case No.: 19-CV-04997-JJT<br><br>**SECOND JOINT NOTICE OF SETTLEMENT** |

    The parties have reached a settlement in this matter. All documents have been executed and settlement funds have been transferred. The parties anticipate all funds to be reconciled within seven days.

    As such, unless other documents are filed, the parties jointly request that this case be dismissed, default judgment vacated, and all other pending motions be denied as moot on December 11, 2019.

    **RESPECTFULLY SUBMITTED THIS** this 11th day of December, 2019.

1

**The Foster Group, PLLC**

*/s/ Troy P. Foster*
Troy P. Foster
518 East Willetta Street
Phoenix, Arizona 85004
*Counsel for Plaintiff*

*/s/ Sam Akers (with permission)*
Sam Akers
Defendant in pro per

*/s/ Melodie Julian (with permission)*
Melodie Julian
Defendant in pro per

*/s/ Christina Garcia*

2