# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Dart,<br><br>  Plaintiff,<br><br>v.<br><br>Labrad Diagnostics, *et al.*,<br><br>  Defendants. | No. CV-19-04997-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Second Joint Notice of Settlement (Doc. 37) in which they jointly request the case be dismissed on December 11, 2019, the date the funds would be reconciled. Accordingly,

IT IS ORDERED adopting the Second Notice of Settlement (Doc. 37). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED vacating the Clerk's Entry of Default (Doc. 24) and that all motions (Doc. 35) are deemed moot.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 18th day of December, 2019.

Honorable John J. Tuchi
United States District Judge